UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DARRYN W. BAKER,<br><br>               Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>               Defendant. | No.  CV-07-3031-JPH<br><br>ORDER GRANTING STIPULATION<br>TO REMAND |

    The parties have filed a stipulation for remand of the above captioned case to the Commissioner for further administrative proceedings. (Ct. Rec. 23). The parties have filed a recent consent to proceed before a magistrate judge. (Ct. Rec. 9).

    After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a de novo hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge ("ALJ") will: (1) recontact Bonnie Hartman, M.D., if possible, and clarify whether she based her opinion on Plaintiff's substance use; (2) update the medical record; (3) assess the severity of all of Plaintiff's impairments; (4) reconsider the testimony of the medical expert, W. Scott

ORDER GRANTING STIPULATION TO REMAND - 1

Mabee, Ph.D.; (5) reassess Plaintiff's residual functional capacity; (6) obtain additional vocational expert testimony; and (7) consider all vocational evidence of record.

Accordingly, this court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties' Stipulation for Remand (**Ct. Rec. 23**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall **close** this file.

**IT IS SO ORDERED.**

**DATED** this ____18th____ day of January, 2008.

*S/James P. Hutton*
JAMES P. HUTTON
UNITED STATES MAGISTRATE JUDGE