# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

DARRYN W. BAKER,                )
                                )
            Plaintiff,           )
                                )        NO.  CV-07-3031-JPH
    vs.                          )
                                )        **JUDGMENT IN A**
MICHAEL J. ASTRUE,               )        **CIVIL CASE**
Commissioner of Social Security, )
                                )
            Defendant.           )
                                )
_____ )

**STIPULATION BY THE PARTIES:**

The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS ORDERED AND ADJUDGED** that:

The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

DATED this 18th day of January, 2008.

JAMES R. LARSEN
District Court Executive/Clerk


by:   s/Pamela A. Howard
        Deputy Clerk

cc: all counsel